# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff-Appellee*, ) | |
| ) | |
| v. ) | Case No. 23-6621 |
| ) | (3:02-cr-00158-FDW-1) |
| TELLY SURVAR ARMSTRONG, ) | |
| ) | |
| *Defendant-Appellant*. ) | |
| ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF OF AMICUS CURIAE

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Fourth Circuit Local Rule 31(c), Amicus Counsel, Grace Greene Simmons, respectfully requests an extension of 21 days to file her opening brief, from June 26, 2024, to July 17, 2024. Amicus counsel has conferred with counsel for the Government, and they consent to this motion.

Good cause exists for this extension, and this motion is not made for any improper purpose or delay. This extension request is necessary to accommodate scheduling conflicts and professional commitments in other matters, including (1) an opening brief in the Texas Court of Appeals, Second District, in *Peguero v. Hilton Franchise Holdings LLC*, No. 02-24-00222-CV (filed June 17, 2024), (2) *Daubert* proceedings in the District of Maryland, in *United States v. Kazempour*, No. 22-cr-

1

440 (brief filed June 3, 2024, and evidentiary hearing and argument on June 20, 2024), and (3) a comment letter to a federal agency (to be submitted by June 24, 2024). This is Amicus counsel's first request for an extension, and she does not anticipate any further requests. For these reasons, Amicus counsel requests that the deadline to file her opening brief be extended by 21 days from June 26, 2024, to July 17, 2024.

Dated: June 20, 2024

Respectfully submitted,

*/s/ Grace Greene Simmons*
Grace Greene Simmons
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Washington, DC 20006
T: (202) 828-2833
gsimmons@mcguirewoods.com

Benjamin L. Hatch
MCGUIREWOODS LLP
101 West Main Street
Suite 9000
Norfolk, VA 23510
T: (757) 640-3727
bhatch@mcguirewoods.com

*Counsel for Amicus Curiae*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 205 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point size Times New Roman font.

*/s/ Grace Greene Simmons*
Grace Greene Simmons

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2024, I electronically filed the foregoing Motion with the Clerk of this Court using the CM/ECF System, which will send a notification of electronic filing to all counsel of record who are registered CM/ECF users. The post office was closed at the time of filing, so I certify that notice will be sent through U.S. Mail, postage prepaid, on June 21, 2024 to the following:

Telly Survar Armstrong
Federal Prisoner: 17695-058
FCI Marianna
P.O. Box 7007
Marianna, FL 32447-7007

*Pro se Defendant-Appellant*

                                                */s/ Grace Greene Simmons*
                                                Grace Greene Simmons